Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 08-70306-HDH-13 |
| | § |
| Cullen Hill Black | § |
| and | § JUDGE HARLIN D. HALE |
| Gabrielle Alisa Black | § |
| | § HEARING DATE: 10/28/2009 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/28/2009, which is at least twenty-five (25) days from the date of service hereof, at 11:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 09/04/2009, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty (20) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Cullen Hill Black | § | CASE NO. 08-70306-HDH-13 |
| and | § | |
| Gabrielle Alisa Black | § | HEARING DATE: 10/28/2009 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 09/04/2009

    Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  7/31/2008

2. Date of Section 341 Meeting: 8/2/2008

3. First Payment Date:  8/30/2008

4. Date of Confirmation: 10/17/2008

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   14

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 46

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 10/30/2009

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $13,087.50

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $12,410.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $292.50

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 5/14/2009

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

_____   Plan payments remain at $_____per month.
  x\_\_\_\_          DECREASE monthly payment from $970.00 per month to $760.00 per month (must coincide with resume date shown in item 9 above)
_____          Extend months from \_\_\_\_\_months to\_\_\_\_\_ months (not to exceed 60 calendar months from month of First Payment Date)
_____          Add balloon payment of in  month (indicate how the balloon payment will be made)

_____
          All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:
_____

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $760.00 will resume on or before 10/30/2009 for 46 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $58,000.00 to $48,340.00

If the base amount has changed complete the following:

1.  Total Paid in as of the month prior
to Modification Approval:                        $13,380.00

2.  (+)Plus Total Payments to be made
through the Remainder of Plan:                   $34,960.00
(Making up any arrears in item 9 above)

3.  (=) New Base Amount                          $48,340.00

IV. TREATMENT OF UNSECURED CREDITORS

   Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

OR
 x  Check here if no changes are to be made to creditors.

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtors' income and expenses have changed.  Debtors wish to modify their Chapter 13 plan payment accordingly.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)


CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 09/10/2009, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.


/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 08-70306-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Fri Sep  4 11:38:31 CDT 2009 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Chase<br>Attn: Bankruptcy Dept<br>PO Box 100018<br>Kennesaw, GA 30156-9204 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Citifinancial Retail Services<br>PO Box 140489<br>Irving, TX 75014-0489 | City of WF, WFISD, Wichita County<br>CO Perdue Brandon Fielder Collins & Mott<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 |
| GE Money Bank-Dillards<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076-9104 | HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | HSBC Bank Nevada, N.A.<br>eCAST Settlement Corporation<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| HSBC NV<br>HSBC Retail Services  Attention:  Bankru<br>PO Box 15522<br>Wilmington, DC 19850-5522 | HSBC-BestBuy<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 |
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Union Square Federal Credit Union<br>PO Box 6050<br>Sheppard AFB, TX 76311-0050 |
| Verizon Wireless<br>618 Grassmere Park, Ste 14<br>Nashville, TN 37211-3677 | WICHITA FALLS CITY, ISD & WICHITA COUNTY<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Wells Fargo Bank, N.A.<br>CO Legal Practice Management<br>15000 Surveyor Blvd.<br>Suite 1720<br>Addison, TX 75001-4417 |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | eCAST Settlement Corporation<br>CO Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank-Dillards Dual Card<br>POB 35480<br>Newark NJ 07193-5480 | Cullen Hill Black<br>4811 Olympic<br>Wichita Falls, TX 76310-2837 |
| Gabrielle Alisa Black<br>4811 Olympic<br>Wichita Falls, TX 76310-2837 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |

Walter 12,13 Ocheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.        (u)eCAST Settlement Corporation        End of Label Matrix
                                                                       Mailable recipients    30
                                                                       Bypassed recipients     2
                                                                       Total                  32